THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
JEAN M. TURK  C.S.B.N. 131517
Special Assistance United States Attorney
333 Market St., Suite 1500
San Francisco, CA  94105
Telephone: 415-977-8976
Facsimile: 415-744-0134

Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VERA CONRAD, | No. EDCV 07-1673 PO |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

///
///

1     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2 above-captioned action is remanded to the Commissioner of Social
3 Security for further proceedings consistent with the Stipulation for Remand.

5     DATED: 10/14/08

7     _____
8     HON. OSWALD PARADA
    UNITED STATES MAGISTRATE JUDGE